UNITED STATES of America,
Plaintiff—Appellee,

v.

Amado Antonio CARTAGENA,
Defendant—Appellant.

No. 09–6100.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2009.

Decided: Nov. 18, 2009.

Amado Antonio Cartagena, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

### ON REHEARING

PER CURIAM:

Amado Antonio Cartagena pled guilty without a plea agreement to unlawful reentry into the United States by a deported alien, in violation of 8 U.S.C. § 1326(a), (b)(2) (2006), and was sentenced to eighty months in prison. Cartagena appealed, and on February 22, 2008, we affirmed his conviction and sentence. *See United States v. Cartagena*, 266 Fed.Appx. 286 (4th Cir.2008). Cartagena now seeks to file a second appeal of his conviction and sentence. We have previously affirmed this judgment, and we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*